**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-8541**

---

EDDIE C. HILL,

Plaintiff - Appellant,

versus

PRISON HEALTH SERVICES, INCORPORATED; RON NEL-
SON, Medical Administrator M.C.I.H.; CHARLES
POTTS, Dr., Medical Director M.C.I.H.; RAY
BRODY, M.D.; KENNETH SINGLETON, M.D.,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Alexander Williams, Jr., District Judge.
(CA-95-871-AW)

---

Submitted: May 16, 1996               Decided: May 31, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Eddie C. Hill, Appellant Pro Se. Joseph Barry Chazen, Gina Marie
Smith, MEYERS, BILLINGSLEY, SHIPLEY, RODBELL & ROSENBAUM, River-
dale, Maryland; Roy Leonard Mason, Deborah Maude Peyton, MASON,
KETTERMAN & MORGAN, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hill v. Prison Health Servs.</u>, No. CA-95-871-AW (D. Md. Nov. 30, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>